IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez
_____

Courtroom Deputy:   Deborah Hansen          Date:  January 19, 2012
Court Reporter:   Gwen Daniel                      Probation: Sergio Garza

_____

Criminal Action No.   11-cr-00340-WJM          <u>Counsel:</u>

UNITED STATES OF AMERICA,                            Mark Barrett

     Plaintiff,

v.

JEREMY V. LANFORD,                                        Edward Harris

     Defendant.

_____

## COURTROOM MINUTES
_____

SENTENCING HEARING

04:05 p.m.     Court in Session

Defendant is present and in custody.

Mr. Harris' comments

Mr. Harris withdraws his objection to the probation report.

The Government has no objection to the defendant withdrawing their objection; and in that regard, based on Mr. Harris' comments, they will not be asking to call a witness.

Court's comments

Appearances

Oath administered to the defendant.

Court's comments

**ORDERED:  The Government's Response to the Motion for Non-Guideline Sentence [ECF No. 25], filed January 18, 2012, is STRICKEN because it was filed out of time, in violation of this Court's Revised Practice Standards, and without a good cause shown for the tardy filing.**

Sentencing statement by Mr. Barrett

Sentencing statement by Mr. Harris

Statement by Gregory Lanford, the defendant's brother.

The Court addresses the Defendant's Sentencing Memorandum and Motion For a Below Guideline Sentence [ECF No. 21].

Argument by Mr. Harris

Response Argument by Mr. Barrett

Defendant's Allocution

**ORDERED:  The Defendant's Motion For a Below Guideline Sentence [ECF No. 21] is DENIED.**

Defendant plead guilty to a one-count Indictment on October 19, 2011.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jeremy V. Lanford, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 57 months.**

**The Court recommends that the Director of the Bureau of Prisons give Defendant full credit for his time served in pretrial detention.**

**The Court recommends to the Director of the Bureau of Prisons that the defendant be assigned to a federal facility within the State of Colorado to serve his custodial sentence.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**1)  Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.  And while**

>> **on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**
>
> **3)    Defendant shall not unlawfully possess a controlled substance.**
>
> **4)    Defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter as directed by the Probation Officer.**
>
> **5)    Defendant shall cooperate in the collection of DNA as directed by his probation officer.**

**ORDERED:** The following special conditions of supervised release are imposed:

> **1)    The Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the Probation Officer, until such time as the Defendant is released from the program by the probation officer. The Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**
>
> **2)    The Defendant shall reside in a Residential Re-Entry Center for a period of up to ninety days, to commence upon release from imprisonment, and shall observe the rules of that facility.**

**ORDERED:** The special assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** Defendant has no ability to pay a fine, and the fine is waived.

Defendant advised of his right to appeal in limited circumstances.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

04:55 p.m.    Court in Recess
              Hearing concluded
              Time: /50